IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLORIA WILLIAMS, individually and on behalf of all other persons similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>FORTUNEBUILDERS, INC.<br><br> Defendant. | Cause No.  3:18-cv-1494 |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Gloria Williams and Juan Montalvo, by counsel Hughes Ellzey, hereby dismiss this case with prejudice and request the Court to enter the enclosed Order of Dismissal With Prejudice.

 Respectfully submitted,

 */s/ Jarrett L. Ellzey*
 Jarrett Ellzey
  Texas Bar No. 24046123
  jarrett@hughesellzey.com

 HUGHES ELLZEY, LLP
 Galleria Tower I
 2700 Post Oak Boulevard, Suite 1120
 Houston, TX 77056
 Telephone:  (713) 554-2377

 *Attorneys for Plaintiffs Gloria Williams and Juan Montalvo*