IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA WILLIAMS, individually and on behalf of all other persons similarly situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:18-cv-01494-M |
| FORTUNEBUILDERS, INC., | § § § | |
| Defendant. | § § § § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice [ECF No. 19], filed by Plaintiffs Gloria Williams and Juan Montalvo.  Because the Notice requests an order from the Court, the Court interprets the Notice as a motion.  **IT IS THEREFORE ORDERED** that that all claims asserted in this action are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

October 5, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE